USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/8/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v.-

DENISE NEWBY-BOVIAN,

                Defendant.

24 Cr. ____ (JHR)
24 Mag. 418

ORDER

JENNIFER H. REARDEN, District Judge:

    Defendant's plea hearing was scheduled to take place on November 7, 2024 at 11:30 a.m., having been twice adjourned previously upon defense counsel's application, *see* ECF Nos. 21, 25.  At the November 7, 2024 hearing, the Court, the Court's staff, counsel for the Government, and the court reporter appeared timely.  Defense counsel and Defendant did not appear.  In light of defense counsel's and Defendant's failure to appear, the Court was compelled to adjourn the proceeding.

    When the Courtroom Deputy contacted defense counsel by telephone from the Courtroom, counsel informed the Deputy that she was not available for the next two weeks.  Accordingly, Defendant's plea hearing is rescheduled for **December 12, 2024** at **2:30 p.m.** in Courtroom 12B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.  For the avoidance of doubt, defense counsel is ordered to attend.  Any future absences may be the subject of sanctions.

    The Clerk of Court is directed to terminate ECF Nos. 27 and 28.

    SO ORDERED.

Dated: November 8, 2024
       New York, New York

                                                _____
                                                JENNIFER H. REARDEN
                                                United States District Judge