UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v.-<br><br>DENISE NEWBY-BOVIAN,<br><br>                    Defendant. | 24 Cr. __ (JHR)<br>24 Mag. 418<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

    Defendant's plea hearing is rescheduled for **November 14, 2024** at **11:30 a.m.**

    SO ORDERED.

Dated: November 12, 2024
       New York, New York

                                                                       _____
                                                                        JENNIFER H. REARDEN
                                                                        United States District Judge